# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00673-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 22, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| UNITED CONSTRUCTION PRODUCTS, INC., | David C. von Gunten |
| **Plaintiff,** | |
| v. | |
| ETERNO IVICA S.R.L., | Neil L. Arney |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 8:34 a.m.
Court calls case. Appearances of counsel.

Counsel present argument regarding the Motion to Amend Complaint.

**ORDERED:** The Motion to Amend Complaint [filed October 2007; doc. 12] is granted for the reasons stated on the record. The Amended Complaint for Patent Infringement, submitted October 12, 2007 as attachment #1 to the motion (doc. 12-2), is accepted for filing on this date.

**ORDERED:** Status Conference set for March 4, 2008 at 9:15 a.m.

HEARING CONCLUDED.

**Court in recess:** 8:58 a.m.
Total time in court: 00:24