# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00673-REB

UNITED CONSTRUCTION PRODUCTS, INC.,

    Plaintiff,

v.

ETERNO IVICA s.r.l.,

    Defendants.

## MINUTE ORDER[1]

The matter before is the **Joint Motion To Set Briefing on *Markman* Issues** [#24], filed April 8, 2008. The motion is **GRANTED**, and the parties' proposed briefing schedule on the *Markman* issues is accepted by the court.

**IT IS FURTHER ORDERED** that on **October 17, 2008**, at 1:30 p.m., the court shall conduct a hearing on the *Markman* issues. The court has reserved the remainder of the afternoon for this hearing.

Dated: April 8, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.