**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00673-REB

UNITED CONSTRUCTION PRODUCTS, INC.,

    Plaintiff,

v.

ETERNO IVICA s.r.l.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Defendant Eterno Ivica's Motion For Leave To File Its Amended Opening Claim Construction Brief** [#43] filed August 6, 2008. The motion is **GRANTED**, and **Defendant Eterno Ivica's Amended Opening Claim Construction Brief** [#43-2] is accepted for filing.

    Dated: August 7, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.