**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00673-REB

UNITED CONSTRUCTION PRODUCTS, INC.,

    Plaintiff,

v.

ETERNO IVICA s.r.l.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Defendant Eterno Ivica's Motion For Order Requesting Permission to Bring Equipment for *Markman* Hearing** [#54] filed January 12, 2009. The motion is **GRANTED**.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Eterno Ivica may bring into the courtroom on January 13, 2009, for the *Markman* hearing the following:

    a.    related molded support structures;

    b.    one metal key; and

2. That the courtroom will be available to counsel at 8:00 a.m. in order for the parties to set up the equipment in advance of the hearing.

Dated: January 12, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.