**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00673-REB-CBS

UNITED CONSTRUCTION PRODUCTS, INC.,

    Plaintiff,

v.

ETERNO IVACA s.r.l., and
MARATHON ROOFING PRODUCTS, INC.,

    Defendants.

**AMENDED
ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before me *sua sponte* to correct the court's **Order of Dismissal** [#73] entered today's date. Paragraph four (4) of the order indicates that the matter is dismissed with prejudice. However, the stipulation provided that the matter should be dismissed without prejudice. Therefore, the **Order of Dismissal** [#73] should be amended to reflect that the matter is dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Order of Dismissal** [#73] entered today's date is **AMENDED** to reflect that this matter is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

    2. That as now amended, the **Order of Dismissal** [#73] entered today's date, shall remain in full force and effect.

    Dated June 2, 2009, at Denver, Colorado.

                                                 BY THE COURT:

                                                 Robert E. Blackburn
                                                 United States District Judge